UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20193-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**GORDON NEWBOLD**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Sealed Order on Motion for Reconsideration and Report and Recommendations on Counsel's CJA Voucher Request for Attorney's Fees and Costs [ECF No. 528], and Defendant's Motion to Seal [ECF No. 529]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 528]** is **AFFIRMED** and **ADOPTED**, and the Motion **[ECF No. 529]** is **GRANTED**. The documents are permitted to be filed under seal, and shall remain under seal until May 31, 2019. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 31st day of May, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record